# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mayra Carrero-Rivera                    Cr.: 00-00783-001

Name of Sentencing Judicial Officer: THE HONORABLE JOHN C. LIFLAND

Date of Original Sentence: 03-13-01

Original Offense: Conspiracy to Distribute Crack Cocaine

Original Sentence: 46 months imprisonment; 4 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 05/29/03

Assistant U.S. Attorney: Scott Resnick            Defense Attorney: Joseph Rotella, Esq.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states 'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'<br><br>On March 22, 2006, the offender tested positive for marijuana use. Laboratory tests not only confirmed the positive results, but also revealed the urine sample was diluted.<br><br>On April 18, 2006, the offender tested positive for marijuana, and laboratory analysis later indicated that the urine sample submitted by Carrero was diluted.<br><br>On May 2, 2006, the offender tested positive for marijuana. On May 10, 2006, a laboratory analysis confirmed the positive test results.<br><br>When questioned by the probation officer concerning her continued drug use, the offender consistently maintains she is not using, and has not recently used, marijuana and will not participate in treatment for substance abuse. |

2    The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

The offender has tested positive for using marijuana on more than one occasion. When questioned by the probation officer concerning this confirmed drug use, she consistently denies using marijuana.

I declare under penalty of perjury that the foregoing is true and correct.

Donald L. Martenz, Jr.
U.S. Probation Officer
Date: May 11, 2006

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____
[ ] No Action
[ ] Other



Signature of Judicial Officer

5/10/06
Date

5/11/06